| | |
|---|---|
| 1 | MELINDA HAAG |
| | United States Attorney |
| 2 | J. DOUGLAS WILSON |
| | Acting Chief, Criminal Division |
| 3 | THOMAS M. NEWMAN |
| | Assistant United States Attorney |
| 4 | 9th Floor Federal Building |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
| | Telephone: (415) 436-6888 |
| 6 | Email: thomas.newman2@usdoj.gov |
| 7 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-cr-687-CRB (JCS) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | OCTOBER 14, 2010 TO November 29, |
| | ) | 2010 FROM THE SPEEDY TRIAL ACT |
| AYANI DAVIS, | ) | CALCULATION (18 U.S.C. § |
| NIYAH EDWARDS, | ) | 3161(h)(7)(A)) |
| LATRECE O'NEAL, | ) | |
| SAMUEL WARREN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter was set for status hearing on October 27, 2010. At the hearing, the parties requested that the matter be continued until November 16, 2010, at 10 a.m. In the intervening period, the government agreed to provide a stipulated protective order and additional discovery for the defense to review. The parties further stipulate and agree that the period of time from October 27, 2010 to November 16, 2010 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

*Stipulation to Continue*
*Case No. 10-cr-687-CRB*

|     |     |
| --- | --- |
| 1   | Respectfully submitted, |
| 2   | MELINDA HAAG |
|     | United States Attorney |
| 5  Dated: November 16, 2010 | */s/Thomas M. Newman* |
|     | THOMAS M. NEWMAN |
|     | Assistant United States Attorney |
| 6   | Tax Division |
| 7  Dated: November 16, 2010 | /s/_____ |
| 8   | Gail R. Shifman |
|     | Attorney for Defendant Samel Warren |

### **ORDER**

This Court agrees and, IT IS HEREBY ORDERED that the time between October 27, 2010 and November 16, 2010 shall be excluded from computation under the Speedy Trial Act.18 U.S.C. § 3161(h)(7)(A).

Dated: 11/18/10

_____
JOSE...
United... Court Judge

*Judge Joseph C. Spero*

*Stipulation to Continue*
*Case No. 10-cr-687-CRB*          2